

# NUMBER 13-24-00406-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RENE MARTINEZ,                                                                          Appellant,

v.

JOSE ALBERTO VELA
AND JOEL GARZA,                                                                          Appellees.

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on a joint motion to reinstate and dismiss appeal.

Appellant Rene Martinez filed a notice of appeal from an order granting appellees Jose

Alberto Vela's and Joel Garza's motion to enforce their Rule 11 Agreement in trial court

cause number C-3039-21-C. On July 31, 2025, we abated the case and referred the parties to mediation.

On April 21, 2026, the parties filed a "Joint Motion to Reinstate and Dismiss Appeal." The parties participated in mediation and reached an agreement. The mediated settlement agreement has now been finalized.

The Court, having considered the parties' joint motion to reinstate and dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, we grant the parties' joint motion to reinstate appeal, and the appeal is hereby dismissed. In accordance with the motion, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
23rd day of April, 2026.

2